**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Broadcast Music, Inc., et al., | No. CV11-0498-PHX DGC |
| Plaintiffs, | |
| vs. | **ORDER** |
| Shea Restaurants, LLC d/b/a Mountainside Office Bar & Grill; Barry F. Layon, | |
| Defendants. | |

This Court ordered Defendants to answer or otherwise respond to the complaint before July 12, 2011. Doc. 12. Defendants did not comply with this order. On July 20, 2011, counsel for Defendants filed a notice of appearance and request to contest damages. Doc. 13. The notice suggests that Defendants have no defense to the alleged statutory violations, but wish to contest damages. The notice, however, is not a proper response to a complaint under the Federal Rules of Civil Procedure. Defendants shall, by **September 2, 2011**, answer or otherwise respond to the complaint. Defendants shall also comply more diligently with the Court's deadlines.

DATED this 23rd day of August, 2011.

David G. Campbell
United States District Judge